## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**HABEN KIDANE**                                   **CASE NO.  1:25-CV-01152 SEC P**

**VERSUS**                                          **JUDGE EDWARDS**

**U.S. IMMIGRATION AND CUSTOMS**          **MAGISTRATE JUDGE PEREZ-MONTES**
**ENFORCEMENT,** *ET AL.*

### <u>JUDGMENT</u>

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), and having thoroughly reviewed the record, including the objection filed by the Petitioner (ECF No. 15), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS, DONE AND SIGNED** in Chambers this 22nd day of December 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**